IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RODERICK LAWSON, a/k/a )
DONALD GIBSON, )
  )
    Petitioner, )
  )
vs )  CIVIL ACTION NO. 03-B-0592-S
  )
WARDEN J. C. GILES, et al, )
  )
    Respondent(s). )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this ___8th___ day of August, 2003.

_____
SHARON LOVELACE BLACKBURN,
UNITED STATES DISTRICT JUDGE

